| | |
|---|---|
| 1 | Randall E. Kay (State Bar No. 149369) |
| | rekay@jonesday.com |
| 2 | Matthew A. Ferry (State Bar No. 279236) |
| | mferry@jonesday.com |
| 3 | JONES DAY |
| | 12265 El Camino Real |
| 4 | Suite 200 |
| | San Diego, CA  92130.4096 |
| 5 | Telephone:   +1.858.314.1200 |
| | Facsimile:    +1.858.314.1150 |
| 6 | |
| 7 | Frank P. Coté (State Bar No. 204529) |
| | fcote@jonesday.com |
| 8 | JONES DAY |
| | 3161 Michelson Blvd., Suite 800 |
| 9 | Irvine, CA 92612 |
| | Telephone: +1.949.851.3939 |
| 10 | Facsimile: +1.949.553.3939 |
| 11 | Attorneys for Defendant |
| | MICRON TECHNOLOGY, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation, | Case No. 3:13-CV-02944-H-BGS |
| Plaintiff, | **DEFENDANT MICRON TECHNOLOGY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** |
| v. | |
| Micron Technology, Inc., | Date:      June 2, 2013 |
| Defendant. | Time:      10:30 a.m. |
| | Courtroom: 15A |
| | Judge:  Hon. Marilyn L. Huff |

SDI-197834v2

3:13-CV-02944-H-BGS

MICRON TECHNOLOGY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that on June 2, 2014, at 10:30 a.m., in the
3   Courtroom of the Honorable Marilyn L. Huff of the Southern District of California,
4   located at Courtroom 15A, Suite 1510, 333 West Broadway, San Diego, California
5   92101, Defendant Micron Technology, Inc. ("Micron") will and hereby does move
6   for an order to dismiss the direct infringement and indirect infringement claims
7   asserted against Micron by Plaintiff e.Digital Corporation ("e.Digital") in the
8   above-titled case.
9   This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on
10  the grounds that e.Digital's First Amended Complaint fails to allege facts that state
11  a plausible claim for relief based upon Micron's alleged direct infringement,
12  induced infringement, and contributory infringement of the asserted patent.
13  Accordingly, e.Digital's direct infringement, induced infringement, and
14  contributory infringement claims against Micron should be dismissed in their
15  entirety.
16  This Motion is based on this Notice of Motion and Motion and the
17  accompanying Memorandum of Points and Authorities, all of which are served and
18  filed herewith, the complete records and files of this action, and any argument or
19  additional evidence that is permitted by this Court.

20  Dated:      April 28, 2014          Respectfully submitted,

21                                      Jones Day

23                                      By: *s/ Randall E. Kay*
24                                          Randall E. Kay

25                                      Counsel for Defendant
                                        MICRON TECHNOLOGY, INC.